IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
AMANDA NICOLE BROWN,            *
                                *
     Plaintiff,                 *
                                *
     v.                         *    CV 319-065
                                *
ANDREW SAUL, Commissioner of    *
Social Security,                *
                                *
     Defendant.                 *
```

O R D E R

Before the Court is the Commissioner's unopposed motion to remand under sentence four. (Doc. No. 14.) Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this case is **HEREBY REVERSED AND REMANDED** for further consideration by the agency.

On remand, the Administrative Law Judge (ALJ) will: (1) update the medical evidence of record, as needed, pursuant to 20 CFR § 404.1512; (2) update Plaintiff's earnings record with new queries in accordance with HALLEX I-2-5-74 and ensure that any earnings relied upon in the hearing decision are properly exhibited; (3) take any other administrative action necessary to complete the

administrative record; (4) offer the claimant an opportunity for a hearing; and (5) issue a new decision.

Upon due consideration, the motion to remand is granted; the Commissioner's decision is hereby reversed under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The Clerk shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE